IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DAVID AUBREY BARBER,

        Appellant,

  v.

STATE OF FLORIDA,

        Appellee.

_____/

Case No.  5D22-0052
LT Case No. 2019-CF-000447-A

Opinion filed July 1, 2022

Appeal from the Circuit Court
for Seminole County,
Donna L. Mcintosh, Judge.

Matthew J. Metz, Public Defender,
and Steven N. Gosney, Assistant
Public Defender, Daytona Beach,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Allison L. Morris,
Assistant Attorney General,
Daytona Beach, for Appellee.


WOZNIAK, J.

In this Anders[1] appeal, we affirm the judgment and sentence imposed following the trial court's finding that Appellant violated provisions of his community control.  However, we remand this matter with instructions to the trial court to enter a written revocation order that conforms to the court's oral pronouncement of the specific conditions of community control that Appellant violated and to enter a corrected sentencing order that reflects the orally pronounced jail credit of 193 days.  See, e.g., Roberts v. State, 252 So. 3d 424 (Fla. 5th DCA 2018) (affirming Anders appeal but remanding for correction of scrivener's error in sentencing order); Patt v. State, 876 So. 2d 1278 (Fla. 5th DCA 2004) (affirming revocation of community control and remanding for entry of order reflecting orally pronounced findings of conditions violated).

AFFIRMED and REMANDED with instructions.


LAMBERT, C.J., and SASSO, J., concur.

---

[1] Anders v. California, 386 U.S. 738 (1967).